WR-84,163-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/12/2015 2:25:43 PM
Accepted 11/12/2015 2:46:58 PM
ABEL ACOSTA
CLERK

**SCHAFFER LAW OFFICES**

NOT A PARTNERSHIP

1021 MAIN, SUITE 1440

HOUSTON, TEXAS 77002

Randy Schaffer, P.C.
*noguilt@swbell.net*
Josh Schaffer, P.L.L.C.
*josh@joshschafferlaw.com*
Joel Hayter
*joelhayterlaw@gmail.com*

(713) 951-9555

FAX (713) 951-9854

www.schafferfirm.com

RECEIVED
COURT OF CRIMINAL APPEALS
11/12/2015
ABEL ACOSTA, CLERK

November 12, 2015

Abel Acosta

Clerk of the Court of Criminal Appeals

Supreme Court Building

201 West 14th Street

Austin, Texas 78701

**VIA ELECTRONIC FILING**

Re:    Ex parte Kyle Carpenter Dietrich
       CCA Cause No. WR-84,163-01
       Trial Court Cause No. 1072796-A

Dear Mr. Acosta:

I filed a habeas corpus application on behalf of Kyle Carpenter Dietrich in the 178th District Court of Harris County January 14, 2011. I used the version of the Court's form that was revised on March 5, 2007. Thereafter, I filed a first amended application on June 6, 2013, using the version of the form that was revised on September 1, 2011. I modified both forms by inserting additional pages to summarize the facts of each claim. At the time I filed the applications, the applicable rules did not prohibit such modification.

The Court received the habeas record from the district clerk on November 5, 2015. Out of an abundance of caution, I am filing a second amended application using the version of the form that was revised on January 1, 2014, which now instructs applicants not to attach any additional pages for any item. I am filing the second amended application to ensure that I have complied with the current rules regarding the form, even though the initial and first amended applications complied with the rules that were in effect at the time they were filed.

I appreciate your prompt attention to this matter. Please contact me with any questions.

Sincerely,

*/S/ Josh Schaffer*

Josh Schaffer

cc:    Linda Garcia
       Chris Daniel, Harris County District Clerk